UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br>　　　　Plaintiff,<br>　　v.<br>PINER PLAZA, et al.,<br>　　　　Defendants. | Case No. 16-cv-02949-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 30 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: September 28, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　United States District Judge